IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HASSELL FREE PLUMBING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-1712-K |
| | § | |
| MICHAEL B. WHEELER d/b/a | § | |
| HASSLE FREE PLUMBING, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 20, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court grants in part and denies in part Plaintiff's Motion for Attorneys' Fees [Dkt. No. 28] and awards Plaintiff $31,200 for attorneys' fees and $448 for costs, for a total of $31,648.

**SO ORDERED.**

**Signed February 7th, 2022.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE